United States District Court
Southern District of Texas
FILED

APR 0 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § § § | |

## DEFENDANT TRAVELERS INDEMNITY COMPANY OF CONNECTICUT'S
## NOTICE OF REMOVAL

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, Defendant in the above-entitled and numbered cause, pursuant to 28 U.S.C. § 1446, files the following notice of removal of a civil action from state court:

1. TRAVELERS INDEMNITY COMPANY OF CONNECTICUT is Defendant in a civil action filed on March 6, 2002, in the 138th Judicial District Court of Cameron County, Texas, entitled *First Rio Valley Medical, P.A. v. Travelers Indemnity Company of Connecticut*, Cause No. 2002-03-000977-B. Copies of the citation, petition, motion to transfer venue, original answer subject thereto, and notice of removal filed in that action are attached as APPENDIX A and constitute all process, pleadings, and orders served in said action.

2. The citation and petition in the state court action were served on Defendant on March 11, 2002, via certified mail, return receipt requested. This notice of removal is filed within thirty (30) days of receipt of the petition and is timely filed under 28 USC § 1446(b).

3. Defendant filed a motion to transfer venue and original answer subject thereto on March 28, 2002, to preserve its venue rights and avoid the entry of a default judgment.

4. The District Courts of the United States have original jurisdiction over this action because it involves citizens of different states. Plaintiff's petition states that Plaintiff is a corporation whose principal place of business is located in Cameron County, Texas. Upon information and belief, Plaintiff is more specifically a Professional Association organized under the laws of the state of Texas, with its principal place of business in Cameron County, Texas. Therefore, Plaintiff is a citizen of Texas. In this regard, Plaintiff is not a citizen of either Delaware or Connecticut. Defendant, on the other hand, is a Delaware Corporation with its principal place of business in Hartford, Connecticut. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this civil action in that the aggregate amount in controversy, as set forth in section 7.4 of Plaintiff's Original Petition, exceeds the sum or value of $75,000 and is between citizens of different states.

5. Removal of this action is proper under 28 USC § 1441, since it is a civil action, filed in a state court, and the federal district courts have original jurisdiction over the parties pursuant to 28 USC § 1332. Further, no party properly joined and served as a defendant is a citizen of Texas. Moreover, Plaintiff seeks recovery for tortious interference with business, tortious interference with prospective economic relationships, harassment, business disparagement, and violation of the Texas Deceptive Trade Practices Act. *See* section 6 of Plaintiff's Original Petition. These causes of action exist independently of the Workers' Compensation Act and are available to all persons generally, not just to persons claiming under the Workers' Compensation Act. *See* Patin v. Allied Signal, Inc., 77 F.3d 782, 784, 786-89 (5th Cir. 1996) (holding that a common law bad faith action brought by a workers' compensation claimant against his carrier is removable).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, in conformance with the requirements set forth in 28 USC § 1446, prays that this

action be removed from the 138th Judicial District Court of Cameron County, Texas, to this Court and for such other and further relief to which it is justly entitled.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Frank Weathered, Attorney In Charge
State Bar No. 20998600
Federal ID No. 2441

L. Nelson Hall
State Bar No. 08785800
Federal ID No. 6142

**COUNSEL FOR DEFENDANT**
**Travelers Indemnity Company of Connecticut**

CERTIFICATE OF SERVICE

This is to certify that on April 2, 2002, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure:

**VIA OVERNIGHT MAIL**
Mr. Keith T. Gilbert
Mr. William Maxwell
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251

_____
Frank Weathered

# APPENDIX A

Citation for Personal Service - BY CERTIFIED MAIL      Lit. Seq. # 5.002.01

No. 2002-03-000977-B

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: TRAVELERS INDEMNITY CO. OF CONNECTICUT
BY SERVING REGISTERED AGENT
CT CORPORATION SYSTEMS
350 NORTH ST. PAUL
DALLAS, TEXAS 75201

the     DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said     PETITION     was filed on MARCH 06, 2002. A copy of same accompanies this citation.

The file number of said suit being No. 2002-03-000977-B.

The style of the case is:

FIRST RIO VALLEY MEDICAL, P.A.
VS.
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

Said petition was filed in said court by     KEITH T GILBERT     (Attorney for     PLAINTIFF    ), whose address is P.O. BOX 1984 HOUSTON, TX 77251.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Given under my hand and seal of said Court at Brownsville, _____, A.D. 2002.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By _____, Deputy

TRAVELERS INDEMNITY CO. OF CONN
350 NORTH ST. PAUL
DALLAS, TEXAS 75201

CAUSE NO. 2002-03-000977-B

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. ] | IN THE DISTRICT COURT OF |
| ] | |
| v. ] | CAMERON COUNTY, TEXAS |
| ] | |
| TRAVELERS INDEMNITY COMPANY ] | |
| OF CONNECTICUT ] | 138th JUDICIAL DISTRICT |

MAR 06 2002

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FIRST RIO VALLEY MEDICAL, P.A., Plaintiff herein and complains of TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, showing this Court the following:

**1.　DISCOVERY DECLARATION**

1.1　As the damages, costs and fees in this matter are in excess of $ 50,001, Plaintiff requests that discovery be conducted at Level 2. TRCP 190, *et seq.*

**2.　JURISDICTION**

2.1　Jurisdiction is proper in this matter as the damages are within this Court's limits and no other Court has exclusive jurisdiction.

**3.　VENUE**

3.1　Venue is proper pursuant to CPRC § 15.001, et seq., as the material facts made the basis of this lawsuit occurred within Cameron County, Texas.

**4.　PARTIES**

4.1　Plaintiff FIRST RIO VALLEY, P.A. (hereinafter "FRV") is a corporation whose primary business is conducted in Cameron County, Texas.

4.2　Defendant TRAVELERS INDEMNITY COMPANY OF CONNECTICUT (hereinafter "Travelers") is a corporation who may be served with citation and process through its registered agent for service, CT Corporation Systems; 350 North St. Paul; Dallas, Texas 75201.

**5.　FACTS**

5.1　On, around and after November 28, 2001, Travelers engaged in conduct which was unlawful and caused injury to FRV. Specifically, Travelers, believed to be a company licensed to transact business for profit in Texas by contracting to provide workers' compensation insurance

coverage to employers for the benefit of the employees, unlawfully sent numerous "audit" letters to injured workers from Travelers' "Investigative Services" division. These "audit" letters are unlawful in that:

    a.) A carrier is not entitles to search for a factual basis of dispute. 28 Tex. Admin. Code 130.18(a);

    b.) Audit letters are a violation of 28 Tex. Admin. Code 133.300(a);

    c.) Audit letters are an attempt at a retrospective review in violation of 28 Tex. Admin. Code 133.301 (a), (b), (c), and (d); and

    d.) Travelers failed to comply with the requirements of 28 Tex. Admin. Code 133.301 (c), (d), and (e); Rule 133.302 and 133.303.

5.2    Travelers knew, should have known, or was charged with knowing that the "audit" letters were, as sent, unlawful.

5.3    Plaintiff specifically pleads that Travelers used the United States mail service for a purpose that was not permitted or allowed, and is, in fact, unlawful.

5.4    These numerous unlawful "audit" letters were sent to patients of FRV. Independent from being unlawful, the "audit" letters were conspicuously marked by the "Investigative Service" division of Travelers. Such a conspicuous notation caused, and continues to cause, alarm and anxiety to the patients of FRV. The impact to FRV has been a disparagement to the good reputation of Plaintiff. Upon information and belief, this loss of reputation has lead to lost business to FRV.

5.5    The action of Travelers was done knowingly, in bad faith, and with malice.

5.6    In an effort to mitigate these damages to FRV, plaintiff engaged the services of GILBERT & MAXWELL, P.L.L.C. to promptly appear in Denver, Colorado to demand that these unlawful actions cease.

5.7    Despite demands to discover additional information, Travelers has stone-walled and refuses to address their conduct and Plaintiff's injury in any meaningful way.

## 6. CAUSES OF ACTION

6.1    Plaintiff sues for tortuous interference with business.

6.2    Plaintiff sues for tortuous interference with prospective economic relationships.

6.3    Plaintiff sues for harassment.

6.4    Plaintiff sues for business disparagement.

6.5    Plaintiff sues for violations of the Texas Business and Commerce Code § 17.46(b)(2).

6.6    Plaintiff sues for violations of the Texas Business and Commerce Code § 17.46(b)(3).

6.7   Plaintiff sues for violations of the Texas Labor Code and the Texas Administrative Code.

## 7.   DAMAGES

7.1   Plaintiff seeks direct monetary damages in the amount as proven by the trier of fact.

7.2   Plaintiff seeks punitive damages in the amount as proven by the trier of fact.

7.3   Plaintiff seeks treble damages as allowed by the Texas Business and Commerce Code.

7.4   Plaintiff seeks quadruple damages or $ 250,000, whichever is greater under the Texas Labor Code.

7.5   Plaintiff seeks attorney's fees as allowed by the Civil Practice & Remedies Code and by the Texas Business and Commerce Code.

7.6   Plaintiff seeks recovery of all costs associated with this lawsuit as allowed pursuant to Rule 131, TRCP.

## 8.   ADDITIONAL REMEDIES AND RECOVERIES

8.1   Plaintiff sues for declarative relief.

8.2   Plaintiff sues for injunctive relief.

8.3   Plaintiff sues for extraordinary relief.

## 9.   ATTORNEY'S FEES

9.1   Plaintiff has had to employ the services of the undersigned attorney and requests reasonable and necessary attorney fees of not less than $25,000.00 or as may be proved at trial. In the event of an appeal, FRV pleads for an additional $20,000.00 for appeal to the court of appeals, and for an additional $15,000.00 for writ to the Texas Supreme Court.

## 10.   PRE- AND POST- JUDGMENT INTEREST

10.1   FRV requests that it be granted prejudgment interest at the maximum rate allowed by law or in equity or in particularized statute, together with post-judgment interest at the maximum rate allowed by law from the date of judgment until the judgment has been paid in full.

## 11.   CONDITIONS PRECEDENT

11.1   All conditions precedent to Plaintiff's right to bring this action and to recover their damages and to Defendant's liability have been performed or have occurred.

## 12. ADOPTION BY REFERENCE

12.1    Except as otherwise expressly set forth or implied by context, all statements set forth in each paragraph of this pleading are adopted by reference and incorporated into each and every other section and paragraph of this pleading to afford Plaintiff its maximum recovery for relief and for purposes of providing fair notice of Plaintiff's allegations.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, FIRST RIO VALLEY MEDICAL, P.A. prays that, on final hearing hereof, it be awarded actual, declaratory, extraordinary and punitive damages in a sum to be determined by the trier of fact, that Plaintiffs be awarded all costs and expenses incurred whether taxable or supplemental; reasonable attorney's fees in the amount of at least $25,000, an additional $20,000 in the event of appeal to the court of appeals, and additional attorney's fees for a writ to the Texas Supreme Court of $15,000; that Plaintiffs be granted pre- and post- judgment interest as provided by law or in equity or statute; and that Plaintiff receive such other and further relief, general or special, legal or equitable, to which FRV may be justly entitled.

Respectfully submitted:
GILBERT & MAXWELL, P.L.L.C.

_____
Keith T. Gilbert
SBOT: 07898600
**William Maxwell**
SBOT: 24028775
Post Office Box 1984
Houston, Texas 77251
(713) 739-1984 Telephone
(713) 739-1985 Telecopier
ATTORNEYS FOR PLAINTIFF

CAUSE NO. 2002-03-000977-B

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | 138th JUDICIAL DISTRICT |

## MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

To the extent required by the Texas Rules of Civil Procedure, Travelers Indemnity Company of Connecticut, Defendant, makes this motion to transfer venue and in support of the motion shows:

1. Defendant objects to venue in Cameron County because Plaintiff's claims relate to alleged administrative violations of the Texas Labor Code and Texas Administrative Code. For that reason, mandatory venue lies in Travis County under Chapter 2001 of the Texas Government Code.

WHEREFORE, Defendant requests that its motion to transfer venue be granted and that this cause be transferred to an appropriate court in Travis County, Texas.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY_____
Frank Weathered, Attorney In Charge
State Bar No. 20998600

L. Nelson Hall
State Bar No. 08785800

**COUNSEL FOR DEFENDANT**
**Travelers Indemnity Company of Connecticut**

-1-

## CERTIFICATE OF SERVICE

This is to certify that on March 27, 2002, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure:

**VIA CM/RRR 7001 2510 0004 2012 6544**
Mr. Keith T. Gilbert
Mr. William Maxwell
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251

_____
Frank Weathered

CAUSE NO. 2002-03-000977-B

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | 138th JUDICIAL DISTRICT |

## ORIGINAL ANSWER SUBJECT TO MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

Travelers Indemnity Company of Connecticut, Defendant in the above-styled and numbered cause, files this its original answer to Plaintiff's Original Petition, expressly subject to its accompanying Motion to Transfer Venue, and in this connection would respectfully show the following:

1. Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant enters its general denial, thereby denying each and every, all and singular, the material allegations contained in Plaintiff's Original Petition, and requests that Plaintiff be required to prove his charges and allegations against Defendant by a preponderance of the evidence as required by the laws of this state.

2. Pleading further, and in the alternative, Defendant pleads the affirmative defense of qualified privilege.

3. Pleading further, and in the alternative, Defendant would show that its actions were lawfully taken with justification.

4. Pleading further, and in the alternative, to the extent Plaintiff's suit relates to alleged violations of the Texas Labor Code and Texas Administrative Code, Plaintiff has failed to exhaust whatever administrative remedies to which it may be entitled.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that, subject to its motion to transfer venue and upon trial hereof, judgment be entered that Plaintiff take nothing and that Defendant be granted such other and further relief, both special and general, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Frank Weathered, Attorney in Charge
State Bar No. 20998600

L. Nelson Hall
State Bar No. 08785800

**COUNSEL FOR DEFENDANT**
**Travelers Indemnity Company of Connecticut**

## CERTIFICATE OF SERVICE

This is to certify that on March 27, 2002, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure:

> **VIA CM/RRR 7001 2510 0004 2012 6544**
> Mr. Keith T. Gilbert
> Mr. William Maxwell
> GILBERT & MAXWELL, P.L.L.C.
> P.O. Box 1984
> Houston, Texas 77251

_____
Frank Weathered

-3-

Case 1:02-cv-00065  Document 1  Filed in TXSD on 04/04/2002  Page 15 of 18

United States District Court
Southern District of Texas
FILED

APR 0 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § | |
| V. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § | |

## INDEX OF MATTERS BEING FILED

1. Notice of Removal

    a. Citation Served on Defendant
    b. Plaintiff's Original Petition
    c. Defendant's Motion to Transfer Venue and Original Answer Subject Thereto

2. List of Counsel

3. Civil Cover Sheet

4. State Court's Docket Sheet (1 page)

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Frank Weathered, Attorney In Charge
State Bar No. 20998600
Federal ID No. 2441

L. Nelson Hall
State Bar No. 08785800
Federal ID No. 6142

**COUNSEL FOR DEFENDANT**
**Travelers Indemnity Company of Connecticut**

-1-

## CERTIFICATE OF SERVICE

This is to certify that on April 2, 2002, this document was served on counsel of record as indicated below pursuant to Texas Rules of Civil Procedure:

> **VIA OVERNIGHT MAIL**
> Mr. Keith T. Gilbert
> Mr. William Maxwell
> GILBERT & MAXWELL, P.L.L.C.
> P.O. Box 1984
> Houston, Texas 77251

_____
Frank Weathered

United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 0 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. § | |
| § | |
| V. § | CIVIL ACTION NO. B-02- 065 |
| § | |
| TRAVELERS INDEMNITY COMPANY § | |
| OF CONNECTICUT § | |

## LIST OF COUNSEL OF RECORD

COUNSEL FOR PLAINTIFFS:    Keith T. Gilbert
                           SBN 07898600; Federal ID _____
                           William Maxwell
                           SBN 24028775; Federal ID _____
                           GILBERT & MAXWELL, P.L.L.C.
                           P.O. Box 1984
                           Houston, Texas 77251
                           713-739-1984 [FAX 739-1985]

COUNSEL FOR DEFENDANT:     Frank Weathered, Attorney In Charge
                           SBN 20998600; Federal ID 2441
                           L. Nelson Hall
                           SBN 08785800; Federal ID 6142
                           DUNN & WEATHERED, P.C.
                           611 South Upper Broadway
                           Corpus Christi, Texas 78401
                           (361) 883-1594 [FAX 883-1599]

```
RUN DATE 03/19/02                                                                    PAGE: 01
RUN TIME 3:07 PM                                                                     2002-03-000977-B

           FIRST RIO VALLEY MEDICAL, P.A.           *
                                                    *
                                   VS               *    * C L E R K ' S   E N T R I E S *  *  *
                                                    *
           TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

                                                  00601701                              (10)
                                                  KEITH T GILBERT
                                                  P.O. BOX 1984
                                                  HOUSTON, TX            77251 0000    DAMAGES


                                                            03/06/02 ORIGINAL PETITION FILED             03
                                                            03/07/02 CITATION (CM): TRAVELERS INDEMNITY CO. 06
                                                                     OF CONNECTICUT
                                                            03/07/02  SERVED: 03/11/02         FILED: 03/15/02  02
```