UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 24 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. § | |
| § | |
| V. § | CIVIL ACTION NO. B-02-065 |
| § | |
| TRAVELERS INDEMNITY COMPANY § | |
| OF CONNECTICUT § | |

## DEFENDANT'S CERTIFICATE OF
## FINANCIALLY INTERESTED PERSONS

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, Defendant in the above-entitled and numbered cause, certifies that the following is a list of persons or entities that are financially interested in the outcome of this litigation:

1. <u>Travelers Property Casualty</u>

2. <u>Citigroup</u>

3. Travelers Indemnity Company of Connecticut

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: _____
Frank Weathered, Attorney-in-Charge
State Bar No. 20998600; Fed. ID 2441
L. Nelson Hall
State Bar No. 08785800; Fed ID 6142
**COUNSEL FOR DEFENDANT, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of April 23, 2002.

_____
Frank Weathered

**VIA CMRRR 7001 2510 0001 8501 5206**
Mr. Keith T. Gilbert
Mr. William Maxwell
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251