4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 20 2002

Michael N. Milby
Clerk of Court

FIRST RIO VALLEY

VS.                                        CIVIL ACTION: B-02-CV-065

TRAVELERS INDEMNITY

NOTICE OF REASSIGNMENT

Notice is given on this 14th day of June, 2002 of the reassignment of this case to the Honorable Andrew S. Hanen, U.S. District Judge. All settings will remain the same.