UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | |

## JOINT REPORT OF RULE 26(f) MEETING

The parties, by their undersigned counsel, submit this joint report of Rule 26(f) meeting:

Counsel for Plaintiff, Keith Gilbert, and for defendant, Frank Weathered, met in person in Houston, Texas, on July 9, 2002, to conduct a conference under FED. R. CIV. P. 26(f), and discussed the following matters:

- Potential for settlement

- Plaintiff's intent to file an amended complaint, and Defendant's intent to file an amended answer, which may include a counterclaim, depending upon whether Plaintiff elects not to drop its DTPA allegations

- Deadline for the parties Rule 26(a)(1) disclosures

- Ways to limit the issues in dispute

- The other matters described in the Joint Discovery/Case Management Plan, submitted herewith.

Dated: July 15, 2002

Respectfully submitted,

_____
Frank Weathered
(SBN 20998600; Fed. ID 2441)
**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]
**COUNSEL FOR DEFENDANT**

_____ by permission
Keith T. Gilbert
(SBN 07898600; Fed. ID 14411)
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251
(713) 739-1984, FAX (713) 739-1985
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of July 15, 2002.

_____
Frank Weathered

**VIA FACSIMILE**
Mr. Keith T. Gilbert
Mr. William Maxwell
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251