7

United States District Court
Southern District of Texas
FILED

AUG 2 0 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-02-065             DATE & TIME:    08-20-02 AT 1:30 P.M.

FIRST RIO VALLEY MEDICAL P.A.         PLAINTIFF(S)    KEITH T. GILBERT
                                      COUNSEL         WILLIAM MAXWELL

VS.

TRAVELERS INDEMNITY COMPANY           DEFENDANT(S)    FRANK E. WEATHERED
OF CONNECTICUT                        COUNSEL

---

Plaintiff will file a Motion for Leave to File Amended Complaint by September 6, 2002.

Response must be filed by October 7, 2002.

Conference will be reset.