

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL P.A. | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § | |

TYPE OF CASE:    __X__ CIVIL                          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

PRETRIAL CONFERENCE

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

OCTOBER 11, 2002 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 20, 2002

TO:     MR. KEITH T. GILBERT
        MR. WILLIAM MAXWELL
        MR. FRANK E. WEATHERED