IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. ] | |
| ] | |
| v. ] | CIVIL ACTION NO. B-02-065 |
| ] | |
| TRAVELERS INDEMNITY COMPANY ] | |
| OF CONNECTICUT ] | |

**PLAINTIFF'S INITIAL DISCLOSURES UNDER RULE 26(a)(1)**

First Rio Valley Medical, P.A., Plaintiff in the above-styled and numbered action, makes the following initial disclosures pursuant to Rule 26(a)(1) of the FRCP:

A.  The name, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

1.  Dr. Robert S. Howell, D.C.
    620 Paredas Street
    Brownsville, Texas 78520
    (956) 548-2225

    Dr. Howell is the principal of First Rio Valley Medical, P.A. As such, Dr. Howell has discoverable information regarding the claims of Plaintiff, including the damages claimed by Plaintiff. Dr. Howell will also have discoverable information regarding the retaliatory actions of Traveler's against First Rio Valley Medical, P.A.

2.  Dr. Anh Pham, D.C.

    Dr. Pham may have discoverable information regarding the medical practices of First Rio Valley Medical, P.A. and the retaliatory actions of Traveler's against First Rio Valley Medical, P.A.

3.  Ms. Alicia Marquez
    620 Paredas Street
    Brownsville, Texas 78520
    (956) 548-2225

Ms. Marquez may have discoverable information regarding the business practices of First Rio Valley Medical, P.A. and the retaliatory actions of Traveler's against First Rio Valley Medical, P.A.

4.    Ms. Lisa Henry
      7600 E. Orchard Rd., 200N
      Denver, Co. 80237
      (303) 740-1767

Ms. Henry may have discoverable information regarding the "investigative" letters sent by Traveler's to patients of First Rio Valley Medical, P.A. She may also have discoverable information regarding the retaliatory actions taken on behalf of Traveler's in the instant cause of action.

5.    Ms. Manuela Cagigal
      254 Galveston Rd.
      Brownsville, Texas 78521

Ms. Cagigal was a recipient of one of Ms. Henry's/Traveler's "investigative" letters. She may have discoverable information regarding the retaliatory actions of Traveler's, her reaction to the letter and its impact on her view of First Rio Valley Medical, P.A.

6.    Margie Williams
      Mark Levine
      Travelers Indemnity Company of Connecticut
      c/o Frank Weathered
      Dunn & Weathered
      611 W. Upper Broadway
      Corpus Christi, Texas
      (409) 770-5562 Telephone

The aforementioned agents of Traveler's may have discoverable information regarding the practices of Travelers in investigations and litigation of matters against First Rio Valley Medical, P.A.

B.    Description by category and location of all documents, data compilations and tangible things that are in the possession, custody, or control of this party which might be used to support this party's claims or defenses:

1.    Copies of the "investigative" letters retrieved to date by First Rio Valley Medical, P.A. are in the possession of Plaintiff.

  2. First Rio Valley Medical, P.A. retains primary accounting information which is to be used to develop damage models.

  3. Prior litigation files re: litigation between First Rio Valley Medical, P.A. and Travelers.

C. Computation of damages:

  1. Loss of economic benefit/Disparagement: $37,500
   (Conservatively estimated)

  2. Costs incurred to
   mitigate damages/ attorneys fees: $25,000

D. Insurance Agreements

  1. Not applicable

         Respectfully Submitted:
         GILBERT & MAXWELL, PLLC

         _____
         Keith T. Gilbert
         FBN: 14411
         TBN: 07898600
         Post Office Box 1984
         Houston, TX 77251
         (713) 739-1984
         (713) 739-1985 Telecopier
         **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2002, a true copy of the foregoing instrument was served to opposing counsel by certified mail, return receipt requested. FRCP 5(b).

         _____
         **GILBERT & MAXWELL**