United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § | |
| V. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § § | |

### DEFENDANT, TRAVELERS' NOTICE OF SUBSTITUTION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Travelers Indemnity Company of Connecticut, Defendant in the above-entitled and numbered cause, files the following notice of substitution of attorney in charge:

1. Defendant's current attorney-in-charge is Frank Weathered of the firm, Dunn & Weathered, P.C., in Corpus Christi, Texas. Defendant wishes to substitute David J. Dunn, of the same firm, as its new attorney-in-charge. Mr. Dunn's address, telephone number and facsimile number are the same as Mr. Weathered's. Mr. Dunn's state bar number and federal identification number appear below, under his signature. Mr. Dunn is a member in good standing of the bar of the United States District Court for the Southern District of Texas. Mr. Weathered shall remain of counsel in the case.

2. Substitution of Mr. Dunn as attorney-in-charge will not delay these proceedings.

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: _____
Frank Weathered, Of Counsel
State Bar No. 20998600; ID 2441

BY: _____
David J. Dunn, Attorney-in-Charge
State Bar No. 06243500; ID 2438
**COUNSEL FOR DEFENDANT, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on counsel of record in the manner indicated on this date of September 5, 2002.

_____
Frank Weathered

**VIA CMRRR 7002 1000 0005 4805 7836**
Mr. Keith T. Gilbert
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251