IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. ] | |
| ] | |
| ] | |
| v.  ] | CIVIL ACTION NO. B-02-065 |
| ] | |
| TRAVELERS INDEMNITY COMPANY ] | |
| OF CONNECTICUT  ] | |

## MOTION TO ENLARGE TIME
## TO FILE PLEADINGS

Plaintiff FIRST RIO VALLEY MEDICAL, P.A. asks this Court to enlarge time to file pleadings, showing this Court the following:

### I.

Pursuant to the Docket Control Order entered on August 20, 2002, the deadline for Plaintiff's Original Petition is September 6, 2002 and Defendant's Original Answer on October 6, 2002. The FRCP permits the Court to grant an extension of time for "cause shown" with or without a notice. FRCP 6(b)(1); *Jenkins v Commonwealth Land Title Ins. Co.*, 95 F3d 791, 795 (9th Cir. 1996); see also *Hetzel v Bethlehem Steel Corp.*, 50 F3d 360, 367 (5th Cir. 1995).

### II.

Continual electrical problems at the building of counsel for Plaintiff have forced the landlord to discontinue electrical service for periods of time as repairs are being made. This disruption of electrical power is out of the control of counsel. On September 6, 2002, the building is to be without electricity for an unspecified amount of time. Counsel for Plaintiff was informed of this on September 6, 2002.

Additionally, Tropical Storm Fay is quickly approaching the Houston-Galveston area as this motion is being drafted (September 6, 2002; 11: 30 AM). Voluntary evacuation of Galveston

Island has already commenced, and it is possible that counsel for Plaintiff's office may have to be evacuated as well, as the office is approximately 28 miles away.

### III.

### CERTIFICATE OF CONFERENCE

In Plaintiff's good faith effort to resolve any potential scheduling conflicts resulting from an enlargement of time, Counsel for Plaintiff has contacted counsel for Defendant in the morning of Friday, September 6, 2002 to discuss an amicable extension of time for Plaintiff's Original Petition and a comparable extension for any additional time Defendant may need for an amended answer to said pleading. Counsel for Defendant is currently out of the office, thus the merits of this motion could not be discussed. However, as an extension of time for Plaintiff's Amended Petition may disrupt the schedule and possibly prejudice Defendant in this matter, Plaintiff asks this court to extend the time for the amended pleadings for both parties.

### IV.

Plaintiff asks this Court to extend time for Plaintiff to file its Amended Petition until September 10, 2002 and extend the deadline for Defendant's Amended Answer to October 10, 2002. Such an enlargement of time would not disrupt the docket control order in this matter, as a second pre-trial conference is scheduled for October 11, 2002.

### V.

The purpose for the Motion to Enlarge Time to File Pleadings is to afford Plaintiff the opportunity to file a live pleading that complies with the Federal Rules of Civil Procedure and to afford Defendant ample opportunity to review and amend its answer accordingly.

THEREFORE, Plaintiff prays that this Court grant the Joint Motion to Enlarge Time to File Pleadings and for any and all such and further relief to which this Court deems these parties entitled.

Respectfully Submitted:
GILBERT & MAXWELL

_____
Keith T. Gilbert
FBN: 14411
TBN: 07898600
Post Office Box 1984
Houston, TX 77251
(713) 739-1984 Telephone
(713) 739-1985 Facsimile
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on _____9/9_____ 2002, a true copy of the foregoing instrument was served in compliance with FRCP 5.

_____
Keith T. Gilbert