IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. ] | |
| ] | |
| ] | |
| v.   ] | CIVIL ACTION NO. B-02-065 |
| ] | |
| TRAVELERS INDEMNITY COMPANY ] | |
| OF CONNECTICUT   ] | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED PETITION**

Plaintiff FIRST RIO VALLEY MEDICAL, P.A. asks this Court to grant its Motion for Leave to File Amended Petition, showing as follows:

**I.**

Pursuant to the Docket Control Order entered on August 20, 2002, the deadline for Plaintiff's Amended Petition is September 6, 2002 and Defendant's Amended Answer on October 6, 2002. The Court may grant a request for extension of time for "cause shown." FRCP 6(b).

**II.**

Continual electrical problems at the building of counsel for Plaintiff have forced the landlord to discontinue electrical service for periods of time as repairs are being made. On August 28-30, 2002, electrical power was disrupted as repairs were rendered to the office building. The aforementioned repairs were not completed. On September 6, 2002, the building is to be without electricity for an unspecified amount of time. Counsel for Plaintiff was informed of this on September 6, 2002. This disruption of electrical power is not within the control of counsel

Additionally, Tropical Storm Fay is quickly approaching the Houston-Galveston area as this motion is being drafted (September 6, 2002; 11: 30 AM). Voluntary evacuation of Galveston

Island has already commenced, and it is possible that counsel for Plaintiff's office may have to be evacuated as well, as the office is approximately 28 miles away.

### III.

Plaintiff asks this Court to grant its motion for leave to file its Amended Petition, allowing Plaintiff to file its pleading on or before September 13, 2002. The purpose for Plaintiff's Motion for Leave to File its Amended Petition is to afford Plaintiff the opportunity to file its pleading that complies with the Federal Rules of Civil Procedure and to afford Plaintiff the opportunity to clarify its causes of action in this matter. No discovery has been propounded by Defendant, and the leave, as requested, will not cause unnecessary delay in the litigation of this matter. Finally, counsel for Plaintiff has discussed in detail this situation with Defense counsel's secretary. As counsel for Defendant is currently out of the office, Plaintiff cannot relate any opposition or agreement to the merits of this motion; however, Plaintiff will supplement once apprised.

Respectfully Submitted:
**GILBERT & MAXWELL**

_____
Keith T. Gilbert
FBN: 14411
TBN: 07898600
Post Office Box 1984
Houston, TX 77251
(713) 739-1984 Telephone
(713) 739-1985 Facsimile
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on _____9/9_____ 2002, a true copy of the foregoing instrument was served in compliance with FRCP 5.

_____
Keith T. Gilbert