*/ 4*

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | |

**ORDER**

The Court having examined the foregoing notice and being of the opinion that good

cause has been shown and that such notice should be granted,

IT IS HEREBY ORDERED AND ADJUDGED that David J. Dunn of Dunn &

Weathered, P.C., be permitted to substitute as attorney-in-charge for Defendant Travelers

Indemnity Company of Connecticut and that Frank Weathered remain of counsel in the

matter.

SIGNED this ___ day of ___, 2002.

_____
JUDGE PRESIDING