IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 2 4 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. ] | |
| ] | |
| v. ] | CIVIL ACTION NO. B-02-065 |
| ] | |
| TRAVELERS INDEMNITY COMPANY ] | |
| OF CONNECTICUT ] | |

### ORDER

On this _24_ day of _SEPT_ 2002, this Court considered the Plaintiff's Motion to Enlarge Time to File Pleadings and is of the opinion that the foregoing motion should be granted; it is therefore

**ORDERED** that Plaintiff's Motion to Enlarge Time to File Pleadings is hereby **GRANTED.**

Plaintiff's Amended Complaint is received and timely filed.

SIGNED THIS _24_ DAY OF _SEPT_, 2002.

_____
PRESIDING JUDGE