IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. ] | |
| ] | |
| ] | |
| v. ] | CIVIL ACTION NO. B-02-065 |
| ] | |
| TRAVELERS INDEMNITY COMPANY ] | |
| OF CONNECTICUT ] | |

### ORDER

On this **24TH** day of **SEPTEMBER** 2002, this Court considered the Plaintiff's Motion for Leave to File Amended Petition and is of the opinion that the foregoing motion should be granted; it is therefore

**ORDERED** that Plaintiff's Motion for Leave to File Amended Petition is hereby **GRANTED.**

SIGNED THIS **24TH** DAY OF **SEPT**, 2002.

_____
PRESIDING JUDGE