# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

## ORDER

*United States District Court*
*Southern District of Texas*
*ENTERED*

*OCT 0 8 2002*

*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. § | |
| § | |
| VS.  § | CIVIL ACTION NO. B-02-065 |
| § | |
| TRAVELERS INDEMNITY COMPANY § | |
| OF CONNECTICUT § | |

TYPE OF CASE:        __X__ CIVIL                                            ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**TELEPHONIC SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** **600 E. HARRISON STREET** **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **OCTOBER 11, 2002 AT 1:30 P.M.** | **OCTOBER 31, 2002 AT 2:00 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    OCTOBER 8, 2002

TO:     MR. KEITH GILBERT
        MR. WILLIAM MAXWELL
        MR. FRANK WEATHERED
        MR. DAVID DUNN