# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § | |

TYPE OF CASE:          __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION (DOCKET NO. 17) AND SCHEDULING CONFERENCE**

THE SCHEDULING CONFERENCE WILL NOT BE HELD TELEPHONICALLY AS PREVIOUSLY ORDERED (DOCKET NO. 18)

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 31, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 8, 2002

TO:     MR. KEITH GILBERT
        MR. WILLIAM MAXWELL
        MR. FRANK WEATHERED
        MR. DAVID DUNN