21

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 2 3 2002

Michael N. Milby
Clerk of Court

FIRST RIO VALLEY MEDICAL, P.A.  ]
                                ]
                                ]
v.                                  ]     CIVIL ACTION NO. B-02-065
                                ]
TRAVELERS INDEMNITY COMPANY ]
OF CONNECTICUT               ]

## PLAINTIFF'S MOTION TO COMPEL ADMISSIONS

**TO THE HONORABLE JUDGE:**

NOW COMES First Rio Valley Medical, P.A., Plaintiff herein and would file its

Motion to Compel Admissions, showing this court the following:

### I.    INTRODUCTION

1.    On August 22, 2002, Plaintiff served Requests for Admissions on Defendant.

2.    Defendant served its responses and objections on or about September 23, 2002.

Exhibit "A".

3.    Plaintiff asks that Defendant be compelled to properly respond to the requests, as

the responses proffered are oblique.

### II.    ARGUMENT

#### REQUEST FOR ADMISSION 5

4.    The Texas Administrative Code sets the minimum standard of conduct for

workers' compensation carriers. As such, it is not sufficient to "be subject" to the TWCC

rules, Defendant should be required to admit or deny its agreement of compliance to the

code of conduct as defined by the Texas Administrative Code.

**REQUEST FOR ADMISSIONS 46 – 54**

6.     These admissions are relevant to Plaintiff's attempt to locate Lisa Henry, the adjuster who, subsequent to the filing of this cause of action, no longer is employed by Travelers.

7.     Plaintiff requests that this Court order Defendant to properly respond to the requests noted above, as the relevancy is certain, and there exists no good cause for Defendant to resist providing a proper response.

8.     **CERTIFICATE OF CONFERENCE:** On September 24, 2002, I contacted counsel for Defendant regarding the merits of a motion to compel the admissions enumerated above. Counsel was to call me back by Thursday, September 26, 2002. There was no return of my phone call by counsel for Travelers at the time of this filing.

**PRAYER**

**THEREFORE,** Plaintiff prays that this Court order Defendant to properly respond to the requests for admissions enumerated above within 30 days of a signed order. Plaintiff further prays for any and all such relief that this Court deems Plaintiff entitled.

Respectfully submitted:
GILBERT & MAXWELL, P.L.L.C.

Keith T. Gilbert
SBOT: 07898600
**William Maxwell**
SBOT: 24028775
Post Office Box 1984
Houston, Texas 77251
(713) 739-1984 Telephone
(713) 739-1985 Telecopier
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this ___21ST___ day of ___October___, 2002, a true copy of the foregoing instrument was served in compliance with FRCP 5.

GILBERT & MAXWELL