United States District Court
Southern District of Texas
FILED

OCT 2 4 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | |

### DEFENDANT'S AMENDED INITIAL DISCLOSURES UNDER RULE 26(a)(1)

Travelers Indemnity Company of Connecticut, Defendant in the above-entitled and numbered cause, makes the following amended initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

1. Dr. Robert Howell
   Brownsville, Texas
   First Rio Valley Medical, P.A. is the plaintiff in this case. Dr. Howell is believed to be the principal behind First Rio Valley Medical, P.A. As such, Dr. Howell presumably has discoverable information regarding the claims made in this lawsuit, including the damages allegedly sustained. He also presumably has discoverable information regarding his clinic's billing practices.

2. Dr. Anh Pham, D.C.
   Address and telephone number unknown
   Dr. Pham is apparently a chiropractor who practiced out of First Rio Valley Medical. It is unknown whether he is still connected with First Rio. Dr. Pham may have discoverable information concerning the billing practices of First Rio.

3. Ms. Alicia Marquez
   Brownsville, Texas 78521
   Ms. Marquez is believed to be the office manager and/or business and accounts manager for First Rio Valley Medical. She presumably has discoverable information regarding the billing practices of First Rio.

4. Ms. Lisa Henry
   Ms. Henry does not presently have a permanent physical address.
   Ms. Henry does not presently have an employer or a place of business.
   Ms. Henry does not presently have a residential or workplace phone number.
   As of October 15, 2002, Defendant learned that Ms. Henry has returned from Europe. She has provided the following mailing address:
   P.O. Box 11185
   Englewood, Colorado 80151
   Ms. Henry was the SIU medical investigator who wrote the letters of inquiry upon which the Plaintiff is basing its claims in this lawsuit. Ms. Henry resigned her employment with Travelers, and left for an extended trip to Europe. Ms. Henry has discoverable information regarding the letters of inquiry upon which Plaintiff is basing its claims in this lawsuit, as well as any responses which may have been received to those letters.

B. Description by category and location of all documents, data compilations and tangible things that are in the possession, custody, or control of this party which might be used to support this party's claims or defenses:

   1. A copy of Ms. Henry's investigative notes is presently stored electronically in Travelers' proprietary storage system.

C. Computation of damages:

   1. Not applicable – Defendant is not claiming any damages.

D. Insurance Agreements:

   1. Not applicable.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
Federal ID 12594; SBN 11105270

**COUNSEL FOR DEFENDANT
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of October 23, 2002.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7001 2510 0004 0011 2802**
Mr. Keith T. Gilbert
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251