UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2002

Michael N. Milby
Clerk of Court

| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| --- | --- | --- |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

NOW COMES Defendant, Traveler's Indemnity Company of Connecticut, and makes this, its response to Plaintiff's Motion to Compel Production of Documents. In opposition to Plaintiff's Motion, Defendant would show the following:

### INTRODUCTION

1. On October 3, 2002, Plaintiff's counsel served a Motion to Compel Production of Documents on counsel for Defendant, by fax.

### ARGUMENTS

2. Plaintiff seeks the production of documents which it already possesses by virtue of Request for Production No. 1. In the initial disclosures, Plaintiff's counsel acknowledges possession of "copies of the 'investigative letters' retrieved to date by First Rio Valley Medical, P.A." See EXHIBIT A, Plaintiff's Initial Disclosures, paragraph 6.B.1. Plaintiff attached a copy of one of the investigative letters in question as an exhibit to his amended complaint. A true and correct copy of the letter attached to Plaintiff's Amended Complaint is also attached to this response, for the Court's convenience as EXHIBIT B.

3. Defendant does not presently possess copies of the letters in question which may be responsive to Request No. 1. After Lisa Henry, the issuer of the letters in question, left Defendant's

employ, and after Plaintiff brought this action in State District Court, the file compiled by Ms. Henry was given to Mr. Joe Fenley to review and to assist in the defense of this case. Mr. Fenley is the Southwest Regional Manager for Defendant in the Houston Claims Office. Mr. Fenley had the file compiled by Ms. Henry in his possession, in his briefcase. Unfortunately, Mr. Fenley's car was burglarized and his briefcase was stolen. The contents of this file, along with several others, were lost in the burglary. Defendant is presently attempting to retrieve the documents from its computer data, and will provide copies of any documents retrieved in this effort upon receipt.

4. Defendant does not presently possess any documents responsive to request number 2. For the same reasons listed in paragraph 3 above, Defendant does not possess any responsive documents to request for production number 2. Since any response letters received by Defendant would not have been generated by Defendant, the review of the computer data will not result in any additional documents to produce.

5. Request for Production No. 13 seeks the production of Lisa Henry's personnel file. Defendant has objected to this request because it violates Ms. Henry's rights to privacy and has no bearing on any relevant issue in this case. Plaintiff's counsel already knows that Ms. Henry left Defendant's employ voluntarily. Plaintiff's counsel can easily determine whether Ms. Henry was a licensed adjuster by asking Request for Admission No. 78 inquiring about such matters. This would be far less intrusive than revealing the contents of Ms. Henry's personnel file to admittedly hostile parties. Whether Defendant admonished Ms. Henry for any improper acts is not relevant to any inquiry in this case, except as it pertains to this incident. A less intrusive means of obtaining this information would be for Plaintiff's counsel to make such inquiry in Request for Admission 79. The identity of Ms. Henry's supervisor is readily discoverable using a valid interrogatory request. Ms. Henry is no longer an employee of Defendant. Defendant has no right to divulge Ms. Henry's

personal information contained in her personnel file without her permission. Ms. Henry has not given this permission yet. Defendant will provide a sealed copy of Ms. Henry's personnel file to the Court for *in camera* inspection at the time of the hearing.

6. Plaintiff's counsel already knows that after Ms. Henry resigned from Defendant's employ, she embarked on a European trip. Ms. Henry has since returned from her trip. She has, since her return, provided Defendant with a mailing address. Defendant has, simultaneously with filing this response, provided this information to Plaintiff's counsel by supplementing its Rule 26 Disclosures. Ms. Henry has advised that she is presently staying with friends in Colorado, and has no permanent street address or residential telephone number. She is not presently employed. However, if Ms. Henry does obtain a residential address or phone number, or an employer's address or telephone number, Defendant will provide it to Plaintiff's counsel immediately upon receiving notice.

WHEREFORE, Defendant prays that this Court deny Plaintiff's request for an order compelling production. Defendant further prays for all other relief to which it may show itself entitled.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
Federal ID 12594; SBN 11105270

**COUNSEL FOR DEFENDANT
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on counsel of record, in conformity with FRCP Rule 5, in the manner indicated on this date of October 23, 2002.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7001 2510 0004 0011 2802**
Mr. Keith T. Gilbert
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FIRST RIO VALLEY MEDICAL, P.A. ]
]
]
v. ] CIVIL ACTION NO. B-02-065
]
TRAVELERS INDEMNITY COMPANY ]
OF CONNECTICUT ]

## PLAINTIFF'S INITIAL DISCLOSURES UNDER RULE 26(a)(1)

First Rio Valley Medical, P.A., Plaintiff in the above-styled and numbered action, makes the following initial disclosures pursuant to Rule 26(a)(1) of the FRCP:

A.   The name, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

1.   Dr. Robert S. Howell, D.C.
     620 Paredas Street
     Brownsville, Texas 78520
     (956) 548-2225

Dr. Howell is the principal of First Rio Valley Medical, P.A. As such, Dr. Howell has discoverable information regarding the claims of Plaintiff, including the damages claimed by Plaintiff. Dr. Howell will also have discoverable information regarding the retaliatory actions of Traveler's against First Rio Valley Medical, P.A.

2.   Dr. Anh Pham, D.C.

Dr. Pham may have discoverable information regarding the medical practices of First Rio Valley Medical, P.A. and the retaliatory actions of Traveler's against First Rio Valley Medical, P.A.

3.   Ms. Alicia Marquez
     620 Paredas Street
     Brownsville, Texas 78520
     (956) 548-2225



AUG 2 7 2002

Ms. Marquez may have discoverable information regarding the business practices of First Rio Valley Medical, P.A. and the retaliatory actions of Traveler's against First Rio Valley Medical, P.A.

4.  Ms. Lisa Henry
    7600 E. Orchard Rd., 200N
    Denver, Co. 80237
    (303) 740-1767

Ms. Henry may have discoverable information regarding the "investigative" letters sent by Traveler's to patients of First Rio Valley Medical, P.A. She may also have discoverable information regarding the retaliatory actions taken on behalf of Traveler's in the instant cause of action.

5.  Ms. Manuela Cagigal
    254 Galveston Rd.
    Brownsville, Texas 78521

Ms. Cagigal was a recipient of one of Ms. Henry's/Traveler's "investigative" letters. She may have discoverable information regarding the retaliatory actions of Traveler's, her reaction to the letter and its impact on her view of First Rio Valley Medical, P.A.

6.  Margie Williams
    Mark Levine
    Travelers Indemnity Company of Connecticut
    c/o Frank Weathered
    Dunn & Weathered
    611 W. Upper Broadway
    Corpus Christi, Texas
    (409) 770-5562 Telephone

The aforementioned agents of Traveler's may have discoverable information regarding the practices of Travelers in investigations and litigation of matters against First Rio Valley Medical, P.A.

B.  Description by category and location of all documents, data compilations and tangible things that are in the possession, custody, or control of this party which might be used to support this party's claims or defenses:

1.  Copies of the "investigative" letters retrieved to date by First Rio Valley Medical, P.A. are in the possession of Plaintiff.

    2.    First Rio Valley Medical, P.A. retains primary accounting information which is to be used to develop damage models.

    3.    Prior litigation files re: litigation between First Rio Valley Medical, P.A. and Travelers.

C.    Computation of damages:

    1.    Loss of economic benefit/Disparagement:    $37,500
        (Conservatively estimated)

    2.    Costs incurred to
        mitigate damages/ attorneys fees:    $25,000

D.    Insurance Agreements

    1.    Not applicable

Respectfully Submitted:
**GILBERT & MAXWELL, PLLC**

_____
Keith T. Gilbert
FBN: 14411
TBN: 07898600
Post Office Box 1984
Houston, TX 77251
(713) 739-1984
(713) 739-1985 Telecopier
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2002, a true copy of the foregoing instrument was served to opposing counsel by certified mail, return receipt requested. FRCP 5(b).

_____
**GILBERT & MAXWELL**



**Lisa Henry**
Investigative Services
7600 E. Orchard Rd, 200N
Denver CO 80237
Phone (303) 740-1767
Fax    (303) 740-4942

November 28, 2001

Ms. Manuela Cagigal
254 Galveston Rd
Brownsville, TX 78521

Dear Ms. Cagigal,

We are conducting an audit of services rendered by First Rio Valley Medical and Dr. Anh Pham, DC for your workers compensation claim #D0S8172. Please review each date of service listed below, the services rendered and list the provider seen. Also, indicate whether you received one-on-one care from Dr Pham during your therapy sessions. To the best of your knowledge, note any discrepancies, if any are found:

| Claim | Date | Code | Description |
|---|---|---|---|
| D0S8172 | 7/23/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 7/23/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| D0S8172 | 7/23/2001 | 97035 | APPLIC MODAL 1/> AREAS; ULTRAS |
| D0S8172 | 7/23/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| D0S8172 | 8/1/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/1/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/1/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/1/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| D0S8172 | 8/1/2001 | 97035 | APPLIC MODAL 1/> AREAS; ULTRAS |
| D0S8172 | 8/1/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| D0S8172 | 8/1/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| D0S8172 | 8/1/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| D0S8172 | 8/2/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/2/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/2/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/2/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/2/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| D0S8172 | 8/2/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| D0S8172 | 8/2/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| D0S8172 | 8/3/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| D0S8172 | 8/3/2001 | 97035 | APPLIC MODAL 1/> AREAS; ULTRAS |
| D0S8172 | 8/3/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| D0S8172 | 8/3/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| D0S8172 | 8/3/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| D0S8172 | 8/3/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/3/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/3/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| D0S8172 | 8/3/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |



EXHIBIT 1

| | | | |
|---|---|---|---|
| DOS8172 | 8/5/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 8/6/2001 | 97035 | APPLIC MODAL 1/> AREAS; ULTRAS |
| DOS8172 | 8/6/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/6/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/6/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 8/8/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/8/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/8/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/8/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/8/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/8/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/8/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 8/9/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/9/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/9/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/9/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/9/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 8/13/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/13/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/13/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/13/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/13/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 8/13/2001 | 97035 | APPLIC MODAL 1/> AREAS; ULTRAS |
| DOS8172 | 8/13/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/13/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/13/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 8/14/2001 | 97750 | PHYS PERFMNCE TEST/MEASUR W/RE |
| DOS8172 | 8/15/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/15/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/15/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/15/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/15/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 8/15/2001 | 97035 | APPLIC MODAL 1/> AREAS; ULTRAS |
| DOS8172 | 8/15/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/15/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/15/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 8/27/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/27/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/27/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/27/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/27/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 8/27/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/27/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/27/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 8/29/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/29/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/29/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/29/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/29/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 8/29/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/29/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |

| | | | |
|---|---|---|---|
| DOS8172 | 8/29/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 8/31/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 8/31/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/31/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 8/31/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 8/31/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 8/31/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/31/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/31/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 8/31/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/4/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/4/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/4/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/4/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/4/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 9/4/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/4/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/4/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 9/4/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 9/6/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 9/6/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/6/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/6/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 9/6/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 9/6/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/6/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/6/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/6/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/7/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 9/7/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/7/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/7/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/7/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/7/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/7/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/7/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 9/7/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 9/11/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 9/11/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/11/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/11/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 9/11/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 9/11/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/11/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/11/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/11/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/12/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/12/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/12/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/12/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/12/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |

Page 4

| Code | Date | CPT | Description |
|---|---|---|---|
| DOS8172 | 9/12/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/12/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/12/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 9/12/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 9/14/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/14/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/14/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/14/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/14/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 9/14/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/14/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/14/2001 | 97265 | JT MOBILIZATION 1/> AREAS |
| DOS8172 | 9/19/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/19/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/19/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/19/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/19/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 9/19/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/19/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/19/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 9/19/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 9/20/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/20/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/20/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/20/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/21/2001 | 97032 | APPLIC MODAL 1/> AREAS; ELEC S |
| DOS8172 | 9/21/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/21/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/21/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/21/2001 | 97124 | THERAP 1/> AREAS/15 MIN; MASSA |
| DOS8172 | 9/21/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 9/21/2001 | 97139 | THERAP 1/> AREAS/15 MIN; UNLIS |
| DOS8172 | 9/21/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 9/21/2001 | 99211 | OFFIC/OUTPT E&M ESTAB 5 MIN |
| DOS8172 | 9/21/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/21/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/21/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |
| DOS8172 | 9/21/2001 | 97110 | THERAP 1/> AREAS/15 MIN; EXERC |

Your time is greatly appreciated. A self-addressed envelope has been enclosed for your convenience. If you should have any questions, please call me at 1-800-227-1538 ext. 1767.

Sincerely,

Lisa Henry
Travelers Investigative Services

1. Who referred you to this health care provider? Name and relationship.
   _____
   _____

2. What was the date of your first visit?
   _____

3. Did you complete a new patient history questionnaire?
   _____Yes      _____No

4. What was your initial complaint or reason for your visit?
   _____
   _____
   _____

5. Do you have the same complaint to date or has it changed? If so, explain how it changed.
   _____
   _____

6. List all the types of medical staff that treated you and, if known, give their names. (nurses, physical therapists, chiropractors, doctors, etc)
   _____
   _____

7. Which office location did you go to for your visits? Did you see this health care provider at any other location? If so, where?
   _____
   _____
   _____

8. Regarding your routine visits, describe the treatment received.
   _____
   _____

9. Length of your average visit. _____Waiting Room Time _____Nurse _____Doctor

10. Did Dr. Anh Pham, DC treat you? If so, how long did she spend with you?
    _____

11. Did you pay for any treatment? If so, how much and what was the form of payment?
    _____

12. Was the office staff courteous? Would you recommend this facility to a friend?
    _____
    _____