UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § | |
| V. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § § | |

### DEFENDANT'S NOTICE OF SUBSTITUTION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Travelers Indemnity Company of Connecticut, Defendant in the above-entitled and numbered cause, files this Notice of Substitution of Attorney-In-Charge:

1. Defendant's current attorney-in-charge is David J. Dunn, of the firm, Dunn & Weathered, P.C., in Corpus Christi, Texas.

2. Defendant wishes to substitute Patrick R. Kasperitis, of the same firm, as its attorney-in-charge. Mr. Kasperitis' address, telephone number, and facsimile number are the same as Mr. Dunn's. Mr. Kasperitis' state bar number and federal identification number appear below, beneath his signature. Mr. Kasperitis is a member in good standing of the bar of the United States District Court for the Southern District of Texas. Mr. Dunn and Mr. Weathered shall remain of counsel in the case.

3. Substitution of Mr. Kasperitis as attorney-in-charge will not delay these proceedings.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: _____
Patrick R. Kasperitis,
Attorney-In-Charge
Federal ID 12594; SBN 11105270

Frank Weathered, Of Counsel
Federal ID 2441; SBN 20998600

David J. Dunn, Of Counsel
Federal ID 2438; SBN 06243500

COUNSEL FOR DEFENDANT
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on counsel of record in the manner indicated on this date of October 23, 2002.

_____
Patrick R. Kasperitis

**VIA CM/RRR 7001 2510 0004 0011 2802**
Mr. Keith T. Gilbert
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | |

## ORDER

The Court having examined the foregoing notice and being of the opinion that good cause has been shown and that such notice should be granted,

IT IS HEREBY ORDERED AND ADJUDGED that Patrick R. Kasperitis of Dunn & Weathered, P.C., be permitted to substitute as attorney-in-charge for Defendant Travelers Indemnity Company of Connecticut and that David J. Dunn and Frank Weathered remain of counsel in the matter.

SIGNED this _____ day of _____, 2002.

_____
JUDGE PRESIDING