25

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § § | |

TYPE OF CASE:   __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been set for the place, date and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFF'S MOTION TO COMPEL ADMISSIONS (DOCKET NO. 21) AND SCHEDULING CONFERENCE

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 31, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 28, 2002

TO:   MR. KEITH GILBERT
      MR. WILLIAM MAXWELL
      MR. FRANK WEATHERED
      MR. PATRICK KASPERITIS