UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § | |
| V. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § | |

### ORDER

The Court having examined the foregoing notice and being of the opinion that good cause has been shown and that such notice should be granted,

IT IS HEREBY ORDERED AND ADJUDGED that Patrick R. Kasperitis of Dunn & Weathered, P.C., be permitted to substitute as attorney-in-charge for Defendant Travelers Indemnity Company of Connecticut and that David J. Dunn and Frank Weathered remain of counsel in the matter.

SIGNED this 28th day of October, 2002.

_____
JUDGE PRESIDING