UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION TO COMPEL ADMISSIONS

NOW COMES Defendant, Traveler's Indemnity Company of Connecticut, and makes this, its response to Plaintiff's Motion to Compel Production of Documents. In opposition to Plaintiff's Motion, Defendant would show the following:

### INTRODUCTION

1.   On October 21, 2002, Plaintiff's counsel served a Motion to Compel Production of Documents on counsel for Defendant, by fax.   On October 28, 2002, this Court notified counsel for the defense that this motion would be heard at the Scheduling Conference set for October 31, 2002.

2.   Plaintiff complains of the sufficiency of several of Defendants' responses to the 77 Requests for Admission propounded by Plaintiffs in this case.   Defendant timely filed its responses to these Requests on September 23, 2002.

### ARGUMENTS

3.   Plaintiff seeks an order compelling Defendants to admit the assertions contained in Request for Admission No. 5. Defendant has complied with Rule 36 in making its response.  Plaintiff apparently contends that it requires an admission that Defendant "agrees" to be regulated  by the precepts in the Texas Administrative Code.  Whether Defendant agrees to such regulation or not,

-1-

such regulation is imposed by section 401.021 of the Texas Labor Code. The "agreement" to abide by Texas law is irrelevant to any issue in this case. Whether Defendant agrees to the imposition of the regulations of the Texas Administrative Code or not, those regulations will apply.

4.     Further, this request for admission merely repeats an allegatios made in paragraph 6 of Plaintiff's Amended Complaint. For purposes of making an answer to Plaintiff's Amended Complaint, Defendant has admitted the applicability of the Texas Administrative Code to the issues in this case.

5.     Finally, the effect of these regulations, and whether they apply or not, does not "relate to statements or opinions of fact or of the application of law to fact." Instead, the applicability of the Texas Administrative Code to the facts of this case is purely a question of law for the Court to consider. Therefore this Request is improper under Rule 36.

6.     Plaintiff next complains that Defendants responses 46-54 should be amended to permit Plaintiffs to attempt to locate Lisa Henry. Ms. Henry, after voluntarily leaving Defendant's employ, embarked on an extended trip to Europe. She advised Defendant of her current mailing address on or about October 15, 2002, after returning from Europe. Defendant has provided this information, both in paragraph 3 of its Response to Plaintiff's Amended Complaint (on October 15, 2002), and in its Amended Disclosure Responses as required by Rule 26. Ms. Henry continues to enjoy some rights to privacy, despite the allegations in this lawsuit. The contents of her personnel file are not relevant to any issue in this case. This is particularly so insofar as Defendants have provided updated information pertaining to Ms. Henry's whereabouts. Defendants' objections are proper, and should be sustained.

WHEREFORE, Defendant prays that this Court deny Plaintiff's request for an order compelling production. Defendant further prays for all other relief to which it may show itself entitled.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis
Federal ID 12594; SBN 11105270

**COUNSEL FOR DEFENDANT
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on counsel of record, in conformity with FRCP Rule 5, in the manner indicated on this date of October 29, 2002.

_____
Patrick R. Kasperitis

**VIA FAX and CM/RRR 7002 2030 0003 3486 7395**
Mr. Keith T. Gilbert
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251