United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE
AND HEARING ON PLAINTIFF'S MOTION TO COMPEL ADMISSIONS

| | |
|---|---|
| CIVIL ACTION NO. B-02-065 | DATE & TIME: 10-31-02 AT 2:00 P.M. |
| FIRST RIO VALLEY MEDICAL P.A. | PLAINTIFF(S)  KEITH T. GILBERT |
| | COUNSEL  WILLIAM MAXWELL |
| VS. | |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | DEFENDANT(S)  FRANK E. WEATHERED |
| | COUNSEL  PATRICK KASPERITIS |

ERO: Gabriel Mendieta
CSO: Tony Yanez

    Attorneys Keith Gilbert, Trey Garza, and David Dunn appeared.

    Defendants are trying to retrieve as much information as possible from the computer to replace documents lost when the briefcase was stolen.

    Plaintiffs will give defendants a list of patients.

    Defendants will provide date briefcase was stolen. Defendants will provide all information known about the medical investigator Lisa Henry to Plaintiffs to assist in locating Ms. Henry.

    Plaintiff will submit an order of extension.