IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. ] | |
| ] | |
| ] | |
| v. ] | CIVIL ACTION NO. B-02-065 |
| ] | |
| TRAVELERS INDEMNITY COMPANY ] | |
| OF CONNECTICUT ] | |

### PLAINTIFF'S NOTICE OF COMPLIANCE

TO THE HONORABLE JUDGE:

NOW COMES First Rio Valley Medical, P.A., Plaintiff herein and would file its Notice of Compliance, showing this court the following:

Pursuant to the pre-trial conference of October 31, 2002, Plaintiff provides notice to this Court that it delivered to opposing counsel a patient list of First Rio Valley patients whose carrier is identified as Travelers Insurance – such list attached hereto as EXHIBIT "A".

Respectfully submitted:
GILBERT & MAXWELL, P.L.L.C.

_____
Keith T. Gilbert
SBOT: 07898600
**William Maxwell**
SBOT: 24028775
Post Office Box 1984
Houston, Texas 77251
(713) 739-1984 Telephone
(713) 739-1985 Telecopier
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this ___4th___ day of ___November___, 2002, a true copy of the foregoing instrument was served in compliance with FRCP 5.

_____<br>GILBERT & MAXWELL

Patrick R. Kasperitis
David J. Dunn
Frank Weathered
Dunn & Weathered, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361)-883-1599 Facsimile

# Patient List - Travelers Insurance

| Last Name | First Name | MI | SSN #: | Street 1 | City | State | Zip Code | DOB | Date of Injury |
|---|---|---|---|---|---|---|---|---|---|
| Bocanegra | Maria | | 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 | 2454 Price Road Apt. | Brownsville | TX | 78521 | 06/23/1947 | 4/25/2000 |
| Aguilar | Bertha | | 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 | 324 Camino Del Ray | Brownsville | TX | 78521 | 07/27/1946 | 9/22/1997 |
| Alcala | Donaciana | | 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 | 948 Lincoln | Brownsville | TX | 78521 | 03/13/1940 | 8/3/1999 |
| Cagigal | Manuela | | 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 | 254 Galveston Rd. | Brownsville | TX | 78521 | 01/21/1947 | 1/16/1998 |
| Caraveo | Andres | | 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 | 527 Ramada Dr. | Brownsville | TX | 78521 | 07/23/1961 | 7/6/2000 |
| Castillo | Frank | | 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 | 175 E. Aldrin Ct. | Brownsville | TX | 78521 | 12/03/1952 | 5/19/1998 |
| Castillo | Pamela | | 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 | 175 East Aldrin Court | Brownsville | TX | 78521 | 10/22/1980 | 12/9/1999 |
| Cervantes | Martin | | 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 | 124 San Eugenio | Brownsville | TX | 78521 | 10/07/1962 | 7/7/2000 |
| Coronado | Julio | | 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 | 563 Pera Lane | Brownsville | TX | 78521 | 06/03/1973 | 1/18/2000 |
| Cruz | Ricardo | | 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 | 3516 German | Brownsville | TX | 78521 | 03/03/1962 | 1/21/1999 |
| Darnell | David | | 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 | 1990 Coffe Port Rd C- | Brownsville | TX | 78521 | 06/24/1941 | 2/20/1999 |
| De Leon | Camila | | 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 | 4751 Camino Verde | Brownsville | TX | 78520 | 06/06/1939 | 8/14/2000 |
| De Leon | Humberto | S | 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 | 18 Elma | Brownsville | TX | 78521 | 01/08/1944 | 1/20/1998 |
| Flores | Alicia | | 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 | 5648 Grande Blvd | Brownsville | TX | 78521 | 09/02/1939 | 1/10/2000 |
| Flores | Olga | B | 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 | 4974 Elma | Brownsville | TX | 78521 | 07/17/1946 | 7/14/1999 |
| Garcia | Belinda | | 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 | 1823 Morton | Brownsville | TX | 78521 | 08/21/1952 | 10/16/1999 |
| Garcia | Belinda | | 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 | 1823 Morton | Brownsville | TX | 78521 | 08/21/1952 | 4/11/2000 |
| Garcia | Belinda | | 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 | 1823 Morton | Brownsville | TX | 78521 | 08/21/1952 | 4/20/1999 |
| Garcia | Belinda | | 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 | 1823 Morton | Brownsville | TX | 78521 | 08/21/1952 | 9/21/1998 |
| Gallegos | Francisco | | 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 | 6514 Santa Lucia | Brownsville | TX | 78521 | 02/10/1929 | 9/23/1997 |
| Fragoso | Rosalie | | 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 | 441 Jose Marti | Brownsville | TX | 78521 | 12/30/1942 | 12/16/1999 |
| Garcia | Belinda | | 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 | 1823 Morton | Brownsville | TX | 78521 | 08/21/1952 | 2/10/2000 |

Thursday, October 31, 2002


EXHIBIT A

Page 1 of 4

| Last Name | First Name | MI | SSN #: | Street 1 | City | State | Zip Code | DOB | Date of Injury |
|---|---|---|---|---|---|---|---|---|---|
| Garcia | Carmen | | 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 | 3008 E. 21st. St. | Brownsville | TX | 78521 | 01/25/1949 | 6/3/1999 |
| Garcia | Concepcion | | 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 | 1300 Pita Court | Brownsville | TX | 78526 | 05/21/1955 | 7/13/1998 |
| Garcia | Luis | | 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 | 7006 Cables Court | Brownsville | TX | 78521 | 10/08/1940 | 6/11/1998 |
| Garcia | Luis | | 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 | 7006 Cables Court | Brownsville | TX | 78521 | 10/08/1940 | 6/17/2000 |
| Garcia | Peggy | | 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 | 5255 S. Guillen Dr. | Brownsville | TX | 78521 | 08/18/1970 | 1/23/1998 |
| Grado | Juanita | | 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 | 523 Santa Cruz | Brownsville | TX | 78521 | 08/27/1955 | 1/17/1998 |
| Guerra | Godofredo | | 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 | 89 Central Park | Brownsville | TX | 78520 | 10/29/1933 | 6/24/1999 |
| Garza | Agustina | L | 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 | 743 North Iowa | Brownsville | TX | 78521 | 05/25/1955 | 8/10/1998 |
| Garza | Anita | | 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 | 4736 Central Circle | Brownsville | TX | 78521 | 02/10/1958 | 2/28/2000 |
| Garza | Jose | A | 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 | 6911 Laguna De Palm | Brownsville | TX | 78521 | 09/05/1951 | 12/12/1997 |
| Amar | Amelia | | 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 | 145 Ebony Ave. | Brownsville | TX | 78521 | 01/28/1936 | 1/15/1998 |
| Anaya | Amelia | | 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 | 3594 East 25th | Brownsville | TX | 78521 | 06/30/1940 | 8/17/1999 |
| Avila | Angelica | | 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 | 6911 Laguna De Palm | Brownsville | TX | 78521 | 02/10/1972 | 3/16/1998 |
| Balderas | Maria | M | 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 | 1434 South Central Av | Brownsville | TX | 78521 | 07/22/1943 | 5/6/1999 |
| Benavidez | Robert | | 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 | 8920 Marion St. | Olmito | TX | 78575 | 09/30/1950 | 12/18/1996 |
| Flores | Alicia | | 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 | 5648 Grande Blvd | Brownsville | TX | 78521 | 09/02/1939 | 6/28/1999 |
| Flores | Alicia | | 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 | 5648 Grande Blvd | Brownsville | TX | 78521 | 09/02/1939 | 11/13/1997 |
| Garza | Rosa | E | 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 | 1959 Tanglewood | Brownsville | TX | 78521 | 07/22/1953 | 7/26/1999 |
| Gonzales | Patricia | | 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 | 1471 Ventura Drive | Brownsville | TX | 78521 | 01/07/1962 | 10/9/1997 |
| Herrera | Joanne | | 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 | 357 Rentfro Blvd. | Brownsville | TX | 78521 | 10/03/1980 | 4/11/2000 |
| Amar | Jose | | 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 | 45 Ebony Ave. | Brownsville | TX | 78521 | 10/08/1932 | 10/21/1997 |
| Jimenez | Jose | A | 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 | 2072 Diamante Drive | Brownsville | TX | 78520 | 12/01/1955 | 6/9/2000 |
| Ledezma | Josefina | | 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 | 163 Kleverg Ave. | Brownsville | TX | 78521 | 01/20/1950 | 4/22/1999 |
| Ledezma | Josefina | | 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 | 163 Kleverg Ave. | Brownsville | TX | 78521 | 01/20/1950 | 12/7/1999 |
| Leija | Dario | | 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 | RT. 5, Box 5185J | San Benito | TX | 78586 | 02/25/1957 | 1/7/1999 |

| Last Name | First Name | MI | SSN #: | Street 1 | City | State | Zip Code | DOB | Date of Injury |
|---|---|---|---|---|---|---|---|---|---|
| Villareal | Celia | | 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 | 63 Old Military Hwy. | Brownsville | TX | 78521 | 08/26/1946 | 10/8/1998 |
| Valdivez | Maria | I | 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 | 2745 Avenida Florenci | Brownsville | TX | 78521 | 03/23/1975 | 12/8/1999 |
| Valdez | Joshua | | 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 | P.O. Box 514 | Olmito | TX | 78575 | 06/13/1959 | 12/6/1999 |
| Lucio | Apolonio | | 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 | 1945 Laguna Dr. | Brownsville | TX | 78521 | 06/01/1935 | 4/27/2000 |
| Ramirez | Julie | V | 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 | 18 Shoreline Drive | Brownsville | TX | 78521 | 07/10/1956 | 5/10/1999 |
| Ramirez | Petra | | 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 | 1165 Wild Rose Lane | Brownsville | TX | 78521 | 09/04/1948 | 1/31/2000 |
| Medina | Maria | D | 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 | 3005 Sandia St. | Brownsville | TX | 78521 | 03/27/1953 | 2/8/1999 |
| Mendoza | Sara | | 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 | 2444 Ringgold | Brownsville | TX | 78520 | 10/10/1960 | 12/11/1998 |
| Solis | Rosario | | 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 | 4545 Southmost Rd. | Brownsville | TX | 78521 | 02/16/1941 | 8/24/1998 |
| Sierra | Julio | | 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 | 10 Corine Circle | Brownsville | TX | 78521 | 07/30/1946 | 4/22/1999 |
| Sierra | Elsa | | 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 | 5183 Donna Drive | Brownsville | TX | 78526 | 11/24/1957 | 9/27/1999 |
| Sierra | Blanca | | 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 | 4 Calle Condesa | Brownsville | TX | 78520 | 08/10/1958 | 4/29/1999 |
| Montemayor | Victor | | 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 | 4008 N. Expressway 8 | Brownsville | TX | 78521 | 07/10/1959 | 7/17/2000 |
| Sarmiento | Olga | | 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 | 6420 Mobile Home Blv | Brownsville | TX | 78521 | 10/06/1975 | 7/27/1998 |
| Salinas | Juan | | 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 | 344 Vallarta | Brownsville | TX | 78521 | 09/19/1947 | 1/14/2000 |
| Saldivar | Guadalupe | | 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 | 1300 Milpa Verde | Brownsville | TX | 78521 | 10/11/1979 | 2/25/1999 |
| Murillo | Guadalupe | R | 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 | 763 Mora Rd | Brownsville | TX | 78521 | 04/04/1949 | 1/11/1999 |
| Murua | Rosie | M | 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 | 164 Varadero Street | Brownsville | TX | 78526 | 01/08/1954 | 4/19/1999 |
| Rosales | Albert | | 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 | 605 1/2 Monroe | Harlingen | TX | 78550 | 06/10/1962 | 6/4/1999 |
| Rodriguez | Rosa | M | 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 | 1114 Pasadero Drive | Brownsville | TX | 78521 | 08/30/1960 | 8/26/1999 |
| Rodriguez | Rosa | M | 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 | 1114 Pasadero Drive | Brownsville | TX | 78521 | 08/30/1960 | 11/8/1997 |
| Ortiz | Maria | | 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 | 1909 Victoria Dr. | Brownsville | TX | 78521 | 10/11/1960 | 9/15/1998 |
| Hernandez | Carlos | | 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 | 994 East Polk Street | Brownsville | TX | 78521 | 08/23/1970 | 10/26/1999 |
| Perez | Ambrosio | | 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 | 113 Bates St. | Brownsville | TX | 78521 | 06/25/1975 | 7/27/1999 |
| Harrison | Roberto | | 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 | 1514 Mockingbird Lan | Brownsville | TX | 78521 | 04/05/1952 | 12/28/1999 |

| Last Name | First Name | MI | SSN #: | Street 1 | City | State | Zip Code | DOB | Date of Injury |
|---|---|---|---|---|---|---|---|---|---|
| Perez | Lydia | R | 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 | 2323 Rockwell Dr. | Brownsville | TX | 78521 | 02/28/1948 | 1/28/1999 |
| Quiroga | Maria | | 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 | 2334 Hipp Avenue | Brownsville | TX | 78521 | 12/08/1956 | 11/11/1999 |
| Carrillo | Genny | M | 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 | 375 Billy Mitchell | Brownsville | TX | 78521 | 05/03/1976 | 8/31/1998 |
| Gonzalez | Juanita | | 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 | 9 Eloy St. | Brownsville | TX | 78521 | 12/08/1952 | 3/3/1999 |
| Ramirez | Jose | A | 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 | 6028 Sabinas Street | Brownsville | TX | 78521 | 09/06/1958 | 7/20/1999 |
| Ramirez | Consuelo | | 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 | 411 Winnipeg Ave. | Brownsville | TX | 78521 | 12/10/1966 | 8/22/2000 |
| Ybarra | Guadalupe | | 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 | 437 Rey Juan Carlos | Brownsville | TX | 78521 | 05/27/1967 | 3/10/1999 |
| Reyes | Antonia | | 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 | 85 Varadero | Brownsville | TX | 78521 | 12/15/1955 | 11/8/1997 |
| Vargas | Jose | I | 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 | 5219 Tepeyac Circle | Brownsville | TX | 78521 | 10/05/1976 | 11/3/1999 |
| Alcala | Donaciana | | 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 | 948 Lincoln | Brownsville | TX | 78521 | 03/13/1940 | 7/16/1998 |
| Garza | Alma | | 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 | 3375 McAllen Road A | Brownsville | TX | 78521 | 06/01/1961 | 11/3/2000 |
| Lozano | Blanca | | 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 | 5779 Paso Real | Brownsville | TX | 78521 | 03/10/1954 | 1/25/2000 |
| Garza | Rosa | E | 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 | 1959 Tanglewood | Brownsville | TX | 78521 | 07/22/1953 | 6/2/2000 |
| Infante | San Juanita | | 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 | 2219 El Paraiso Dr. | Brownsville | TX | 78521 | 08/04/1956 | 1/29/1999 |
| Lerma | Fred | | 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 | 4th Isabel Ct. | Brownsville | TX | 78521 | 03/07/1965 | 3/27/2000 |
| Sierra | Blanca | | 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 | 4 Calle Condesa | Brownsville | TX | 78520 | 08/10/1958 | 4/18/2000 |
| Berry | Rosalinda | | 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 | 9522 Salisbury | El Paso | TX | 79924 | 03/29/1961 | 9/2/2000 |
| Villalobos | Yolanda | | 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 | 510 Brisa De Valle | El Paso | TX | 79927 | 03/12/1955 | 1/31/2001 |
| Perez | Santiago | | 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 | 1748 Marquette Ave | Brownsville | TX | 78521 | 07/25/1950 | 12/5/1998 |
| Garza | Maria Elisa | | 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 | 2644 Laredo Rd. | Brownsville | TX | 78521 | 04/02/1956 | 9/9/1999 |
| Cortez | Justino | | 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 | 375 Media Luna | Brownsville | TX | 78521 | 05/15/1964 | 7/17/2000 |