UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 21 2002

Michael N. Milby
Clerk of Court

| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| --- | --- | --- |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | |

### DEFENDANT'S NOTICE OF COMPLIANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Travelers Indemnity Company of Connecticut, Defendant herein, and files this Notice of Compliance, showing the Court as follows:

This Defendant has attached hereto correspondence that was forwarded to counsel for Plaintiff on November 13, 2002. This correspondence demonstrates that counsel for Plaintiff has been provided with the information he sought at the Pretrial Conference which was held on October 31, 2002.

            Respectfully submitted,

            DUNN & WEATHERED, P.C.
            611 South Upper Broadway
            Corpus Christi, Texas 78401
            (361) 883-1594 [FAX 883-1599]

BY _____
            Patrick R. Kasperitis,
            Attorney-In-Charge
            Federal ID 12594; SBN 11105270
            Frank Weathered, Of Counsel
            Federal ID 2441; SBN 20998600
            David J. Dunn, Of Counsel
            Federal ID 2438; SBN 06243500

**COUNSEL FOR DEFENDANT
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on counsel of record in the manner indicated on this date of November 18, 2002.

_____
DAVID J. DUNN

**VIA CM/RRR 7002 0510 0002 7310 1960**
Mr. Keith T. Gilbert
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251