UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
DEC 0 9 2002
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT | § | |

## DEFENDANT'S NOTICE OF COMPLIANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Travelers Indemnity Company of Connecticut, Defendant herein, and files this Notice of Compliance, showing the Court as follows:

This Defendant has attached hereto correspondence that was forwarded to counsel for Plaintiff on November 13, 2002. This correspondence demonstrates that counsel for Plaintiff has been provided with the information he sought at the Pretrial Conference which was held on October 31, 2002.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY _____
Patrick R. Kasperitis,
Attorney-In-Charge
Federal ID 12594; SBN 11105270
Frank Weathered, Of Counsel
Federal ID 2441; SBN 20998600
David J. Dunn, Of Counsel
Federal ID 2438; SBN 06243500
**COUNSEL FOR DEFENDANT
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on counsel of record in the manner indicated on this date of November 18, 2002.

_____
DAVID J. DUNN

VIA CM/RRR 7002 0510 0002 7310 1960
Mr. Keith T. Gilbert
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251

## DUNN & WEATHERED, P.C.
ATTORNEYS AT LAW
611 SOUTH UPPER BROADWAY
CORPUS CHRISTI, TEXAS 78401

| | | |
|---|---|---|
| DAVID J. DUNN<br>FRANK WEATHERED*<br>*BOARD CERTIFIED CIVIL APPELLATE LAW<br>TEXAS BOARD OF LEGAL SPECIALIZATION | TEL (361) 883-1594<br>FAX (361) 883-1599 | L. NELSON HALL<br>LAWRENCE COFFEY<br>PATRICK R. KASPERITIS |

November 13, 2002

Mr. Keith Gilbert  
GILBERT & MAXWELL, P.L.L.C.  
P.O. Box 1984  
Houston, Texas 77251

<u>CM RRR 7002 0510 0002 7310 2042</u>  
<u>and Via Facsimile 713-739-1985</u>

RE:   C.A. No. B-02-065; *First Rio Valley Medical, P.A. v. Travelers Indemnity Company of Connecticut*; United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Gilbert:

As per the instructions of Judge Black, I am happy to provide you with the following information:

Mr. Joe Finley discovered that his briefcase was missing from the backseat of his car on June 6, 2002. No police report was filed. Mr. Finley is available for a deposition.

I believe I can provide you with some good news regarding your efforts to locate Lisa Henry so that you can serve her with the amended pleading you have filed in this matter. Although I still do not have a current address for Ms. Henry, I have been in contact with Ms. Henry by telephone and she has authorized me to represent to you that a responsive pleading will be filed on her behalf in this matter within 30 days from the date of this correspondence. She has also advised me that she expects to have a permanent address within the next 30 days and as soon as I receive that information I will promptly provide you with same.

Sincerely,

David J. Dunn

DJD/mrp  
File # 12.432