

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **SEPTEMBER 16, 2003 AT 1:30 P.M.** | **SEPTEMBER 24, 2003 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 15, 2003

TO:   MR. KEITH GILBERT
        MR. WILLIAM MAXWELL
        MR. FRANK WEATHERED
        MR. DAVID DUNN
        MR. PATRICK KASPERITIS