35

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 2 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-065 | DATE & TIME: 09-24-03 AT 1:30 P.M. |
| FIRST RIO VALLEY MEDICAL P.A. | PLAINTIFF(S) KEITH T. GILBERT |
| | COUNSEL WILLIAM MAXWELL |
| VS. | |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | DEFENDANT(S) FRANK E. WEATHERED |
| | COUNSEL PATRICK KASPERITIS |
| | DAVID DUNN |

Attorneys Keith Gilbert and Patrick Kasperitis appeared in chambers.

First Rio Valley Medical P. A. is in bankruptcy.

Settlement is being discussed.

Parties to submit written status report in 60 days.