31

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

CIVIL ACTION NO.  B-02-065            DATE & TIME:    03-24-04 AT 1:30 P.M.

FIRST RIO VALLEY MEDICAL P.A.        PLAINTIFF(S)    KEITH T. GILBERT
                                     COUNSEL         WILLIAM MAXWELL

VS.

TRAVELERS INDEMNITY COMPANY          DEFENDANT(S)    FRANK E. WEATHERED
OF CONNECTICUT                       COUNSEL         PATRICK KASPERITIS
                                                     DAVID DUNN

-------------------------------------------------------------------------------------------------------------------

Telephonic conference was not held.

Counsel for parties will appear in person March 25, 2004.