# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 25 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-065 |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | § § § | |

TYPE OF CASE:     __X__ CIVIL                                      ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been set for the place, date and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 25, 2004 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 24, 2004

TO:     MR. KEITH GILBERT
        MR. WILLIAM MAXWELL
        MR. FRANK WEATHERED
        MR. DAVID DUNN
        MR. PATRICK KASPERITIS