United States District Court
Southern District of Texas
FILED

MAR 2 5 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-02-065 | DATE & TIME: 03-25-04 AT 1:30 P.M. |
| FIRST RIO VALLEY MEDICAL P.A. | PLAINTIFF(S) KEITH T. GILBERT |
| | COUNSEL    WILLIAM MAXWELL |
| VS. | |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | DEFENDANT(S) FRANK E. WEATHERED |
| | COUNSEL    PATRICK KASPERITIS |
| | DAVID DUNN |

ERO: Bertha Vasquez
CSO: Roy Zepeda

Attorneys Keith Gilbert and Patrick Kasperitis appeared.

Case has been resolved. Settlement agreement to be presented to bankruptcy court.

Parties did not submit a status report because case was resolved.

Status conference will be set for June, 2004.