United States District Court
Southern District of Texas
ENTERED

JUL 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FIRST RIO VALLEY MEDICAL, P.A. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-065 |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| OF CONNECTICUT and LISA HENRY | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on the day and date herein below set out, came on to be heard the above-styled and numbered cause, wherein Plaintiff and Defendants, by and through their respective counsel of record in said cause, announced unto the Court that they had arrived at a settlement and agreement with respect to the controversies existing between them and made the basis of this cause of action, and that under the terms of said Agreement, this cause of action against Defendants should be dismissed with prejudice to the rights of Plaintiff to hereafter reassert the same or any part thereof, and that all costs should be taxed and adjudged against the party incurring the same. The Court, being fully advised in the premises, and having read and considered the pleadings and admissions on file herein, is of the opinion that the cause should be dismissed in accordance with the agreement of the parties hereto.

It is, accordingly, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be, and it is hereby, DISMISSED, with prejudice to the rights of Plaintiff to hereafter reassert said cause or any part thereof, and all costs are adjudged against the party incurring same, for which let execution issue in favor of the Officers of the Court if not timely paid.



SIGNED on this **2nd** day of **July**, 2004.

_____
JUDGE PRESIDING

AGREED:

_____
Keith T. Gilbert [SBN 07898600]
GILBERT & MAXWELL, P.L.L.C.
P.O. Box 1984
Houston, Texas 77251
(713)739-1984 [FAX 739-1985]

COUNSEL FOR PLAINTIFF


_____
Patrick R. Kasperitis [SBN 11105270]
DUNN, WEATHERED, COFFEY,
RIVERA & KASPERITIS, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361)883-1594 [FAX 883-1599]

COUNSEL FOR DEFENDANTS